**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1676

_____

MARIE THERESE ASSA'AD-FALTAS, MD MPH for herself and qui tam and Ex Rel the government of the Arab Republic of Egypt and qui tam the United States of America,

        Plaintiff - Appellant,

      v.

STATE OF SOUTH CAROLINA; NIMRATA HALEY, as SC's Governor; ALAN WILSON, as SC's Attorney General; KEN ARD, as SC's Lieutenant Governor and President of its Senate; GLENN MCCONNELL, as President pro tempore of SC's Senate and chair of its judicial merit selection commission; JEAN TOAL, as administrative head of all SC's state courts; SOUTH CAROLINA GENERAL ASSEMBLY; MARK KEEL, as chief of SC's State Law Enforcement Division; KEN LANCASTER, as acting head of SC's Department of Public Safety; LEON LOTT, as sheriff of Richland County SC and warden of the Alvin S. Glenn Detention Center; JEANETTE MCBRIDE, as Richland County's Clerk of Court; WILLIAM NORMAN NETTLES, as US Attorney for the District of South Carolina; CITY OF COLUMBIA, all solely officially and for injunctive and qui tam relief; LESLEY MCALLISTER COGGIOLA, officially as SC's disciplinary counsel solely for injunctive relief; JAKE KNOTTS, falsely bearing the title of SC state senator; DANA TURNER, falsely bearing the title of Chief Administrative Judge of the City's Municipal Court; RANDY SCOTT, falsely bearing the title of the City's Chief of Police; MARION HANNA, falsely bearing the title of CMC judge; KEN GAINES; ROBERT G. COOPER; DAVID A. FERNANDEZ, supposed attorneys for the city and all their subordinates who did and or intend to injure plaintiff all for injunctive relief qui tam damages and other legal relief,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, District Judge. (3:11-cv-03077-TLW)

---

Submitted: November 20, 2012          Decided: November 26, 2012

---

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas, M.D., M.P.H., appeals the district court's order adopting the magistrate judge's recommendation to dismiss her complaint, pursuant to 28 U.S.C. § 1915 (2006), as well as its orders denying her Fed. R. Civ. P. 59(e) and 60(b) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Assa'ad-Faltas v. South Carolina, No. 3:11-cv-03077-TLW (D.S.C. March 22, 2012; April 25, 2012; Aug. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3